UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-00302-SSC                         Date: April 16, 2026

Title      Chit Ho Ng v. Kristi Noem et al

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|                 Teagan Snyder                 |                 n/a                 |
|:---------------------------------------------:|:-----------------------------------:|
|                  Deputy Clerk                 |       Court Reporter / Recorder     |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---------------------------------:|:---------------------------------:|
|            None Present           |            None Present           |

**Proceedings:**    (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Serve**

This lawsuit was filed on January 12, 2026.  (ECF 1.)  To date, no proof of service has been filed for Defendants Kristi Noem, Joseph B. Edlow, or Irene Martin.

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, a defendant must be served with the summons and complaint no later than 90 days after the complaint is filed.  Fed. R. Civ. P. 4(m).  Absent a showing of good cause, if a defendant is not timely served, "the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:26-cv-00302-SSC                    Date: April 16, 2026

Title      Chit Ho Ng v. Kristi Noem et al

As the service deadline has passed, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **April 29, 2026,** why this action should not be dismissed for Plaintiff's failure to serve the summons and complaint as required by Rule 4.

In the event that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, no later than **April 29, 2026**.

If Plaintiff files a proof of service no later than **April 29, 2026**, this order to show cause will be discharged automatically, and Plaintiff need not respond to it separately.

**Plaintiff is cautioned that failure to file a response to this OSC may result in dismissal of this action for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | **ts** |